No. 73–7088. DEVER, AKA DIZEREGA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 74–648. OWEN v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 493 F. 2d 463.

No. 74–904. DEPARTMENT OF HUMAN RESOURCES OF GEORGIA ET AL. v. BURNHAM ET AL. C. A. 5th Cir. Certiorari denied. Reported below: 503 F. 2d 1319.

No. 74–5062. QUIROZ-REYNA v. UNITED STATES. C. A. 9th Cir. Certiorari denied. Reported below: 500 F. 2d 1223.

No. 74–5114. LARIOS-MONTES v. UNITED STATES. C. A. 9th Cir. Certiorari denied. Reported below: 500 F. 2d 941.

No. 74–5148. GORDON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 74–5214. JEANGUENAT v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 74–5307. BACA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 74–5422. MADUENO-ASTORGA ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied. Reported below: 503 F. 2d 820.

No. 74–5554. BUTLER v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied. Reported below: 296 So. 2d 673.

No. 74–5584. SANDERS v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 498 F. 2d 911.

No. 74–6055. EVANS ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied. Reported below: 507 F. 2d 879.